NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WALTER BRANUM and KAREN
BRANUM,

   Appellants,

v.

PAT FRANK, as Clerk of the
Circuit Court for Hillsborough County,
Florida,

   Appellee.

Case No. 2D17-3706

Opinion filed February 8, 2019.

Appeal from the Circuit Court for
Hillsborough County; Emmett L. Battles,
Judge.

Arthur Barksdale, IV and Philip D.
Storey, of Alvarez, Winthrop, Thompson
& Storey, P.A., Orlando, for Appellants.

David M. Caldevilla of de la Parte &
Gilbert, P.A., Tampa; Dale K. Bohner,
General Counsel, Tampa; and Shelby K.
Russ, Staff Attorney, Tampa, for Appellee
Pat Frank, as Clerk of the Circuit Court
for Hillsborough County.

PER CURIAM.


   Affirmed.

MORRIS and BLACK, JJ., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE, Concur.